UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERICO PEDROZA DIAZ, ESAU USCANGA HERNANDEZ, GUSTAVO TORRES GARDUNO, RUBEN BERNAL GUADARRAMA, MIGUEL PEDROZA BERNAL, ALEJANDRO OSORIO MADRIGAL, RUDY E. PALOMEQUE BARRIOS, JUAN PEDROZA BERNAL, JAVIER AMBRIZ ALVARADO, REUBEN CHAVEZ, and ARTURO AMBRIZ ALVARADO, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN JONES, WEST COAST FRAMERS LLC, DEVELOPERS SURETY AND INDEMNITY CO., and LAKELAND SINGLE FAMILY 1 LLC, <br><br> Defendants. | No.  C05-339Z <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Court finds that Plaintiffs had authority to voluntarily dismiss their case under Fed. R. Civ. P. 41.  The Rule provides that a plaintiff may voluntarily dismiss an action without order of the court "at any time before service by the adverse party of an answer or of a motion for summary judgment..." Fed. R. Civ. P. 41(a)(1)(i).  Such a dismissal is without prejudice, except that "a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim."  Fed. R. Civ. P.

MINUTE ORDER    1−

1  41(a)(1)(ii).  In this case, Defendants have not filed an answer or a motion for summary judgment.  Accordingly, Plaintiffs' voluntary dismissal is appropriate.  The dismissal is without prejudice because Plaintiffs have not before dismissed an action based on or including the same claims that they made in this case.

(2)  Defendants' request for sanctions under Fed. R. Civ. P. 11 was voluntarily withdrawn.  Defendants' Reply, docket no. 31, pg. 10.  Accordingly, Defendants' original request for sanctions is now moot.

(3)  The Court DENIES Defendants' Motion for Attorney Fees, docket no. 23.  The Court finds that Wash. Rev. Code 4.84.185 does not apply in federal court.  Further, the Court finds that Wash. Rev. Code 4.84.185 is discretionary.  See In re Recall of Pearsall-Stipek, 136 Wn.2d 255, 265 (1998) ("an award of attorney fees is left to the trial court's discretion..."); State ex rel. Quick-Ruben v. Verharen, 136 Wn.2d 888, 903 (1998) ("the appropriate standard of review regarding sanctions under the statute or rule is abuse of discretion..."); Fluke Capital & Mgmt. Servs. Co. v. Richmond, 106 Wn.2d 614, 625 (1986), reversed on other grounds ("an award of attorney fees that is authorized by statute is left to the trial court's discretion...").  Even if Wash. Rev. Code 4.84.185 were applicable in federal court, this Court would deny Defendants' Motion for Attorney Fees, docket no. 23.

(4)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 14th day of October, 2005.

BRUCE RIFKIN, Clerk

By  s/ Casey Condon
    _____
    Casey Condon
    Deputy Clerk

MINUTE ORDER   2–